# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**WILLIAM R. LEFEAR**                                                                              **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO. 3:18CV175-DMB-RP**

**LOVE'S TRAVEL STOPS & COUNTRY STORES,
INC., JUSTIN BANKS AND JOHN DOES 1-10**                                 **DEFENDANTS**

## ORDER DENYING MOTION TO AMEND COMPLAINT

Plaintiff has moved to amend his complaint to add Teramus R. Boney and Hokiebird Trucking, LLC as defendants. Docket 23. The court has reviewed plaintiff's motion and notes that it fails to include as an exbibit the proposed amended complaint. Local Uniform Civil Rule 15 dictates that "[i]f leave of court is required under Fed. R. Civ. P. 15, a proposed amended pleading must be an exhibit to a motion for leave to file the amended pleading . . ." Therefore, it is

**ORDERED:**

that plaintiff's Motion to Substitute Parties and Amend Complaint is DENIED without prejudice.

This, the 7th day of December, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE